ACCEPTED
03-13-00590-CV
4501493
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 11:40:39 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00590-CV

| | | |
|---|---|---|
| **Lance Richards,** | § | **In the Court of Appeals** |
| *Appellant,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **U. S. Bank National Association, as** | § | |
| **trustee for Credit Suisse First** | § | |
| **Boston Mortgage Securities Corp.,** | § | |
| **Home Equity Asset Trust 2003-7,** | § | |
| **Home Equity Pass-Through** | § | |
| **Certificates, Series 2003-7** | § | |
| *Appellee* | § | **Third District of Texas** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 11:40:39 PM
JEFFREY D. KYLE
Clerk

### Appellant's Motion to Extend Time to File Motion for Rehearing

To the Honorable Court:

Appellant requests that the Court extend time for filing of his motion for Rehearing under Rules of Appellate Procedure 10.5(b), 49 and all other applicable Rules, and in support of this motion shows:

1.    Time for Filing of Motion for Rehearing. Appellant's Motion for Rehearing was originally due for filing February 26, 2015. Appellant seeks hereby to have the due date of his Motion for Rehearing extended to today, Friday, March 13, 2015.

2.    Extension of Time Sought. Appellant has sought no previous extension of time to file his Motion for Rehearing, and asks that the Court grant him an extension

for filing of such Motion until today, Friday, March 13, 2015, in order that it may be optimally prepared. Over the course of the months since the appeal was taken, Appellants' counsel has handled several cases involving applications for emergency relief, despite numerous days of absence from the office due to chronic illness and various family obligations including care of his mother (for whose care he is solely responsible). Much of counsel's time before and since the briefing of the case, and particularly between November 30, 2014 and well into January, was occupied with family obligations related to the death of his last uncle, and with care and transportation of counsel's wife, who sustained an accidental injury that precluded her driving herself to work, medical, rehabilitation or any other appointments well into January. All of the foregoing has depleted time that could have been devoted to preparation of the various documents, which necessarily required postponements and counsel is nearly current. Appellant therefore asks that he be granted this very short extension of time to file his Motion for Rehearing.

3. <u>Prayer</u>. For these reasons, your Appellant requests that the Court:

(A) grant an extension of the time to file Appellant's Motion for Rehearing, through and until March 13, 2015; and

(B) grant Appellant such other and further relief to which he may be entitled or is in the interest of justice.

Respectfully submitted,

*/s/ Michael Brinkley*

_____

**Michael Brinkley**
State Bar No. 03004300
BRINKLEY LAW PLLC
P. O. Box 820711
Fort Worth, Texas 76182-0711
(817) 284-3535; (888) 511-5854
fax (888) 511-0946
michael@brinkleypllc.com
Attorney for Appellant

## Certificate of Conference

On the morning of March 13, 2015, I attempted to confer with Mark Hopkins, counsel for Appellee, detailing the relief to be sought in the foregoing motion, and have not received a reply from my email message to him. Thus I know of no position of Appellee with respect to the relief sought.

Dated: March 13, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the following attorney of record, as required by Texas Rule of Appellate Procedure 9.5:

**Mark D. Hopkins**
HOPKINS & WILLIAMS, PLLC
12117 Bee Caves Road, Suite 260
Austin, Texas 78738
fax (512) 600-4326.

Dated: March 13, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**